| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **S&F Market Street Healthcare, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Windsor Convalescent Center of North Long Beach** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **51-0497469** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **7447 Sepulveda Blvd.** **Van Nuys, CA 91405** Number, Street, City, State & ZIP Code | **260 East Market Street** **Long Beach, CA 90805** P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** County | **Location of principal assets, if different from principal place of business** **260 East Market Street Long Beach, CA 90805** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **S&F Market Street Healthcare, LLC**                                                Case number (*if known*) _____
         <u>Name</u>

**7.**  **Describe debtor's business**   A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   <u>6231</u>

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

Debtor    **S&F Market Street Healthcare, LLC** _____    Case number (*if known*) _____
           Name

**10. Are any bankruptcy cases
pending or being filed by a
business partner or an
affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1,
attach a separate list

Debtor    **See Attachment** _____    Relationship _____

District _____    When _____    Case number, if known _____

---

**11. Why is the case filed in
*this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or
have possession of any
real property or personal
property that needs
immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of
available funds**       .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of
creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

| Debtor | **S&F Market Street Healthcare, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16.** **Estimated liabilities**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

| Pending Bankruptcy Cases of Affiliates | Case Number | Date Filed | Location |
|---|---|---|---|
| S&F Home Health Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| S&F Hospice Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Care Center National City, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cheviot Hills, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Country Drive Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Court Assisted Living, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cypress Gardens Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor El Camino Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elk Grove and Rehabilitation, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elmhaven Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Gardens Convalescent Hospital, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Hampton Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Monterey Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Rosewood Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Skyline Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Terrace Healthcare, LLC **(LEAD CASE)** | To be assigned | Filed Concurrently | Central District of California |
| Windsor The Ridge Rehabilitation Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Vallejo Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |

| Debtor | S&F Market Street Healthcare, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2023**
MM / DD / YYYY

X _A Tress_                                      **Avrohom Tress**
Signature of authorized representative of debtor    Printed name

Title    **Manager**

**18. Signature of attorney**

X _____                Date  **August 23, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**    Email address    **rb@lnbyg.com**

**143364 CA**
Bar number and State

**S&F MARKET STREET HEALTHCARE, LLC**
**MEMBER RESOLUTIONS RELATING TO CHAPTER 11 BANKRUPTCY CASE**

August 22, 2023

The following Resolutions were duly enacted by a unanimous vote of the Members (the "Members") of S&F Market Street Healthcare, LLC (the "Company"), and the same shall remain in full force and effect, without modification, unless and until the Members adopt a further resolution to the contrary:

> RESOLVED, that the Company shall file a voluntary petition under chapter 11 of the Bankruptcy Code on August 23, 2023 or such other date determined by Avrohom Tress ("AT") to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's counsel. AT is authorized to sign the voluntary bankruptcy petition and all related documents for the Company as the authorized representative of the Company, and AT is authorized to designate any other officer, professional or designated representative to sign any other documents on behalf of the Company.

> FURTHER RESOLVED, that the Company's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Company's bankruptcy counsel is approved upon terms that are mutually acceptable to the Company and LNBYG. AT, in his capacity as the authorized representative of the Company, is hereby authorized to negotiate the terms of the Company's employment of LNBYG and to execute the Company's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

> FURTHER RESOLVED, that, in his capacity as the authorized representative of the Company, AT is hereby authorized to cause the Company to employ any other professionals to represent or assist the Company in connection with the Company's chapter 11 bankruptcy case that AT deems to be in the best interests of the Company and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

> FURTHER RESOLVED, that following the filing of the Company's chapter 11 bankruptcy case, AT, in his capacity as the authorized

representative of the Company, is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action that AT deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Members unless the Members subsequently decide to the contrary.  Such actions that AT has the authority to cause the Company to take without any further approval of the Members (unless the Members subsequently decide to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  AT is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Company.

FURTHER RESOLVED, that all prior acts and deeds of AT or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

IN WITNESS WHEREOF, the above resolutions have been authorized, adopted, ratified and approved.

MANAGER:

_A Tress_____

**AVROHOM TRESS**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **S&F Market Street Healthcare, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 23, 2023**   X   *A Tress*
                                          Signature of individual signing on behalf of debtor

                                          **Avrohom Tress**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **S&F Market Street Healthcare, LLC** | |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SELECT REHABILITATION PO BOX 71985 CHICAGO, IL 60694-1985 | | | | | | $819,138.93 |
| HEALTHCARE SERVICES GROUP INC 3220 TILLMAN DR SUITE 300 BENSALEM, PA 19020 | | | | | | $707,241.36 |
| ASHLEY CLINICAL DIAGNISTIC LABORATORY IN 5542 N FIGUEROA ST LOS ANGELES, CA 90042 | | | | | | $646,475.00 |
| DEPARTMENT OF HEALTH CARE SERVICES MS 1101 PO BOX 997415 SACRAMENTO, CA 95899-7415 | | | | | | $607,761.97 |
| CARELINX INC PO BOX 931619 ATLANTA, GA 31193-1619 | | | | | | $230,042.72 |
| SKILLED NURSING PHARMACY 16666 E. JOHNSON DRIVE SUITE "C" CITY OF INDUSTRY, CA 91745 | | | | | | $189,580.86 |

Debtor  **S&F Market Street Healthcare, LLC**                                    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TWOMAGNETS PO BOX 103125 PASADENA, CA 91189-3125 | | | | | | $184,937.65 |
| MCKESSON MEDICAL SURGICAL P.O. 690693 CINCINNATI, OH 45263-0693 | | | | | | $127,045.04 |
| DAIRY KING 5528 BANDINI BLVD BELL, CA 90201 | | | | | | $60,655.66 |
| MEDELY, INC PO BOX 736997 DALLAS, TX 75373-6997 | | | | | | $47,041.66 |
| SYSCO FOOD SERVICES PO BOX 138007 SACRAMENTO, CA 95813-8007 | | | | | | $44,677.82 |
| MARKET STREET CONVALESCENT HOSPITAL COMPANY, LLC. 21520 S. PIONEER BLVD. HAWAIIAN GARDENS, CA 90716 | | | | | | $43,133.08 |
| DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ PO BOX 676210 ATTN: CASH APPS DALLAS, TX 75267-6210 | | | | | | $20,739.29 |
| CALIFORNIA DEPART OF PUBLIC HEALTH CENTER FOR HEALTH CARE QUALITY FISCAL MANAGEMENT BRANCH, MS3202 SACRAMENTO, CA 95899-7434 | | | | | | $16,250.00 |

Debtor   **S&F Market Street Healthcare, LLC**                     Case number *(if known)*   _____
         ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| POINTCLICKCARE TECHNOLOGIES INC. PO BOX 674802 DETROIT, MI 48267-4802 | | | | | | $16,189.75 |
| STAR NURSING PO BOX 4053 CONCORD, CA 94524 | | | | | | $15,715.06 |
| HANSEN HUNTER & CO PC 7080 SW FIR LOOP, SUITE 100 PORTLAND, OR 97223 | | | | | | $15,000.00 |
| LOS ANGELES COUNTY TAX COLLECTOR P.O. BOX 54018 LOS ANGELES, CA 90054-0018 | | | | | | $10,915.01 |
| DIRECT SUPPLY EQUIPMENT P.O. BOX 88201 MILWAUKEE, WI 53288 | | | | | | $10,632.05 |
| CORE ANALYTICS LABORATORY INC 14735 CALIFA ST VAN NUYS, CA 91411 | | | | | | $6,070.33 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: 143364 CA<br>rb@lnbyg.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO**

In re:

    **S&F Market Street Healthcare, LLC**

CASE NO.:

CHAPTER: **11**

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __17__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **August 23, 2023** _____

                      *A Tress*
                    Signature of Debtor 1

Date:  _____

                    Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **August 23, 2023** _____

                    Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

S&F Market Street Healthcare, LLC
260 East Market Street
Long Beach, CA 90805


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


21TH CENTURY WEB
GALA 15
LINK ROAD SADAR
MAHARASHTRA, INDIA


A A BACKFLOW TESTING & MAINT
2535 W. 237TH STREET
SUITE 119
TORRANCE, CA 90505


A-DRAINS PLUMBING AND ROOTER INC
PO BOX 133
BELLFLOWER, CA 90707


ABCO SCALE CO INC
7624 E JACKSON ST
PARAMOUNT, CA 90723


ABSOLUTE FIRE PROTECTION INC
7741 ALABAMA AVE.
STE. 7
Canoga Park, CA 91304

ACME LINEN CO INC
5136 E TRIGGS ST
COMMERCE, CA 90022


AKESCO OCCUPATIONAL HEALTH
PO BOX 51032
LOS ANGELES, CA 90051


AKESO OCCUPATIONAL HEALTH
PO BOX 51032
LOS ANGELES, CA 90051


ALAMEDA COUNTY ENVIRONMENTAL HEALTH
P.O. BOX N
ALMEDA, CA 94501-0108


Andre Barzegar
Mesriani Law Group
510 Arizona Ave
Santa Monica, CA 90401


ANTHONY MARTINEZ C.O ROSA MARTINEZ
523 S MARGARET AVE
LOS ANGELES, CA 90022


ASHLEY CLINICAL DIAGNISTIC LABORATORY IN
5542 N FIGUEROA ST
LOS ANGELES, CA 90042


AXIOM HEALTHCARE GROUP
2351 SUNSET BLVD STE 170-897
ROCKLIN, CA 95765

BREATHE SAFE ENVIRONMENTAL
3010 WILSHIRE BLVD
UNIT 260
LOS ANGELES, CA 90010


CA Dept of Health Care Services
Attn: Kenneth K Wang DOJ
300 S Spring St No 1702
Los Angeles, CA 90013


CAHF
2201 K ST.
SACRAMENTO, CA 95816


CALIFORNIA DEPART OF PUBLIC HEALTH
P.O. BOX 997434
MS 3202
SACRAMENTO, CA 95899-7434


CALIFORNIA DEPART OF PUBLIC HEALTH
CENTER FOR HEALTH CARE QUALITY
FISCAL MANAGEMENT BRANCH, MS3202
SACRAMENTO, CA 95899-7434


California Department of Insurance
Attorney General
302 S Spring St No 1704
Los Angeles, CA 90013


California Dept of Justice/Atty General
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, Ste 200
Sacramento, CA 95833


California Dept of Public Health
Office of the Attorney General
301 S Spring St No 1702
Los Angeles, CA 90013

CAREFEED INC.
430 READING RD
CINCINNATI, OH 45202

CARELINX INC
PO BOX 931619
ATLANTA, GA 31193-1619

CARLS LAUNDRY REPAIR INC
15804 ARMINTA STREET
VAN NUYS, CA 91406

CDW DIRECT
P.O. BOX 75723
CHICAGO, IL 60673-5723

CENTERS FOR MEDICARE AND MEDICAID SERVIC
DIVISION OF ACCOUNTING OPERATIONS
MAIL STOP C3-11-03
BALTIMORE, MD 21207

CERTIPHI SCREENING INC
PO BOX 1675
SOUTHAMPTON, PA 18966

CHEM MARK
P.O. BOX 721
GARDEN GROVE, CA 92842

CITY OF LONG BEACH
PO BOX 22600
LONG BEACH, CA 90801

CITY OF LOS ANGELES BUREAU OF SANITATION
INDUSTRIAL WASTE MGT DIVISION
2714 MEDIA CENTER DRIVE
LOS ANGELES, CA 90065


CMS OF HOLLAND
P.O. BOX 819
HOLLAND, OH 43528-0819


COMMERCIAL ENERGY OF CALIFORNIA
PO BOX 15040
SACRAMENTO, CA 95851


CORE ANALYTICS LABORATORY INC
14735 CALIFA ST
VAN NUYS, CA 91411


CORE ANALYTICS RADIOLOGY INC
14735 CALIFA ST
VAN NUYS, CA 91411


CORODATA RECORDS MANAGEMENT INC
P O BOX 842638
LOS ANGELES, CA 90084-2638


CORODATA SHREDDING INC
P.O. BOX 846137
LOS ANGELES, CA 90084


CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

DAIRY KING
5528 BANDINI BLVD
BELL, CA 90201


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON, NY 13902


Department of Health and Human Services
Federal Building
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012


DEPARTMENT OF HEALTH CARE
ACCESS AND INFORMATION
2020 WEST EL CAMINO AVE
SUITE 1000
SACRAMENTO, CA 95833


DEPARTMENT OF HEALTH CARE SERVICES
MS 1101 PO BOX 997415
SACRAMENTO, CA 95899-7415


DESERET LANDSCAPE
POST OFFICE BOX 34
SAN JUAN CAP, CA 92693


DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ
PO BOX 676210
ATTN: CASH APPS
DALLAS, TX 75267-6210


DIETITIANS OF ORANGE COUNTY
1100 QUAIL
SUITE110
NEWPORT BEACH, CA 92660

DIRECT SUPPLY EQUIPMENT
P.O. BOX 88201
MILWAUKEE, WI 53288


DIRECT TV
P.O. BOX 105249
ATLANTA, GA 30348-5249


DJK COUNSEL LTD
1925 CENTURY PARK EAST ST 810
LOS ANGELES, CA 90067


EAGLE BEVERAGE INC
15146 GOLDENWEST CIRCLE
WESTMINSTER, CA 92683


EASY TRANSPORTATION
13933 RACINE AVE
PARAMOUNT, CA 90723


ECOLAB PEST ELIMINATION INC
26252 Network Place
CHICAGO, IL 60673-1262


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


ENTECH MEDICAL CORPORATION
1910 D STREET
LA VERNE, CA 91750

ESTATE OF LOUTZENHISER, JAMES
1159 WS ARDMORE AVE
LOS ANGELES, CA 90006


ESTATE OF LUEVANO, ROSALIO N
9626 SCHOOLING RD
RICO RIVERA, CA 90660


EXCELL INTEGRATED MEDICAL GROUP INC
14023 PARAMOUNT BLVD
PARAMOUNT, CA 90723


FIRE SAFETY SERVICE INC
622 W MILL AVENUE
COUER D ALENE, ID 83814


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257


GAS COMPANY THE
P.O. BOX C
MONTEREY PARK, CA 91756-5111


GLORIA MARQUEZ
#N/A
#N/A
#N/A, #N/A #N/A

GLS US
P.O. BOX 31990
STOCKTON, CA 95213


GRAINGER-DEPT 886308907
DEPT 886308907
PALATINE, IL 60038


H D SUPPLY FACILITIES MAINT
PO BOX 509058
SAN DIEGO, CA 92150-9058


HANSEN HUNTER & CO PC
7080 SW FIR LOOP, SUITE 100
PORTLAND, OR 97223


HANSON BRIDGETT
425 MARKET STREET
26TH FLOOR
SAN FRANCISCO, CA 94105


HARRIS STATIONERS INC
8441 Canoga Avenue
Canoga Park, CA 91304


HEALTHCARE SERVICES GROUP INC
3220 TILLMAN DR
SUITE 300
BENSALEM, PA 19020


HPSI MENU SERVICES
1 ADA
SUITE 150
IRVINE, CA 92618-5338

HUNTINGTON TECHNOLOGY FINANCE INC
L-3708
COLUMBUS, OH 43260


IDENTITY LINKS
6211 W HOWARD ST
NILES, IL 60714


IMMEDIATE MEDICAL CENTER
7300 ALONDRA BLVD #101
PARAMOUNT, CA 90723


INTERACTIVE MEDICAL SYSTEMS
PO BOX 843789
LOS ANGELES, CA 90084-3789


Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS CORPORATION OF CALIFORNIA
1055 BROADWAY, 11TH FLOOR
KANSAS CITY, MO 64105


JOSE CORPUS
3077 TAYLOR WAY
COSTA MESA, CA 92626


KAR TINT INC
8629 GARVEY AVE, STE 11
ROSEMEAD, CA 91770-3277

KELLOGG JASON
1048 IRVINE AVE #1056
NEWPORT BEACH, CA 92660


KING MEDICAL SUPPLY INC
20816 HIGGINS COURT
Torrance, CA 91501


LA HYDRO JET & ROOTER SRV
10639 WIXOM STREET
SUN VALLEY, CA 91352


LABEL TAPE SYSTEMS
5563 MARQUESAS CIRCLE
SARASOTA, FL 34233


LANGUAGE LINE SERVICES
P.O. BOX 202564
DALLAS, TX 75320


LOS ANGELES COUNTY TAX COLLECT
225 NORTH  HILL STREET
ROOM 122
LOS ANGELES, CA 90012


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018

LUMINA HEALTHCARE
5220 PACIFIC CONCOURSE DR #120
LOS ANGELES, CA 90045


MAHANA DANCE COMPANY
11522 205TH STREET
LAKEWOOD, CA 90715


MARKET STREET CONVALESCENT
HOSPITAL COMPANY, LLC.
21520 S. PIONEER BLVD.
HAWAIIAN GARDENS, CA 90716


MATAX CONSULTING
1370 VALLEY VISTA DR STE 235
DIAMOND BAR, CA 91765


MCKESSON MEDICAL SURGICAL
P.O. 690693
CINCINNATI, OH 45263-0693


MEDELY, INC
PO BOX 736997
DALLAS, TX 75373-6997


MONTEREY COUNTY ENVIRONMENTAL
HEALTH BUREAU
1270 Natividad Road
SALINAS, CA 93906


MONTEREY COUNTY TAX COLLECTOR
P O BOX 891
SALINAS, CA 93902-0891

MORFYNN MEDICAL
2733 S. GAFFEY S. STE 7
SAN PEDRO, CA 90731


NETSMART TECHNOLOGIES INC
PO BOX 713519
PHILADELPHIA, PA 19171


NEXTCOM CORPORATION
5757 W CENTURY BLVD
SUITE 675
LOS ANGELES, CA 90045


ONTARIO REFRIGERATION INC
635 S. MOUNTAIN AVENUE
ONTARIO, CA 91762


POINTCLICKCARE TECHNOLOGIES INC.
PO BOX 674802
DETROIT, MI 48267-4802


PORTER ONE DESIGN
37680 HILLS TECH DR
FARMINGTON HILLS, MI 48331


PRIME CARE TECHNOLOGIES INC
6650 SUGARLOAF PARKWAY
SUITE 400
DULUTH, GA 30097


PROGENY PSYCHIATRIC GROUP
1048 IRVINE AVE #1056
NEWPORT BEACH, CA 92660

PURCEL LABS LLC
124 S MAPLE DR, SUITE B
BEVERLY HILLS, CA 90212


QUICK RESPONSE FIRE PROTECTION
13965 BLUEWOOD DRIVE
FONTANA, CA 92337


RAMAT MEDICAL
5812 W. PICO BLVD.
#A
LOS ANGELES, CA 90019


REAL TIME MEDICAL
PO BOX 645852
PITTSBURGH, PA 15264


RJ10 CONSULTING LLC
21601 VANOWEN ST
SUITE 109
Canoga Park, CA 91303


S&S WORLDWIDE INC
PO BOX 845825
BOSTON, MA 02284-5825


SAN JOAQUIN COUNTY
ENVIRONMENTAL HEALTH DEPARTMENT
1868 E HAZELTON
STOCKTON, CA 95205


Secretary of the U.S. Dept of Health and
Human Services on behalf of the Centers
for Medicare and Medicaid Services
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012

SELECT REHABILITATION
PO BOX 71985
CHICAGO, IL 60694-1985


SEYFARTH SHAW LLP
2029 CENTURY PARK EAST
SUITE 3500
LOS ANGELES, CA 90067


Shanetta Monique Daniels
c/o Bibiyan Law Group
8484 Wilshire Blvd., Suite 500
Beverly Hills, CA 90211


SHERWIN WILLIAMS COMPANY
3304 E HAMMER LN
STOCKTON, CA 95212-2816


SKILLED NURSING PHARMACY
16666 E. JOHNSON DRIVE
SUITE C
CITY OF INDUSTRY, CA 91745


SOL AIR CONDITIONING AND HEATING INC.
3228 W 59TH PL
LOS ANGELES, CA 90043


SOUTHERN CALIFORNIA EDISON
P.O. BOX 300
ROSEMEAD, CA 91772


STANLEY CONVERGENT SECURITY SOLUTIONS
DEPT CH 10651
PALATINE, IL 60055-0504

STAPLES ADVANTAGE
PO BOX 660409
DALLAS, TX 75266


STAR NURSING
PO BOX 4053
CONCORD, CA 94524


State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


State of California
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, 2nd Fl
Sacramento, CA 95833


SWEINHART ELECTRIC CO INC
7306 MELROSE STREET
BUENA PARK, CA 90621


SWIFT INK LLC
47526 CLIPPER ST #700363
PLYMOUTH, MI 48170


SYSCO FOOD SERVICES
PO BOX 138007
SACRAMENTO, CA 95813-8007


THE PAUL REVERE LIFE INSURANCE COMPANY
1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402-1330

TRUE VISION STAFFING CARE
PO BOX 31246
TAMPA, FL 33631-3246


TWIN MED INC
P.O. BOX 847340
LOS ANGELES, CA 90084-7340


TWOMAGNETS
PO BOX 103125
PASADENA, CA 91189-3125


US FOODS
PO BOX 842475
LOS ANGELES, CA 90084-2475


VIVANCO JOHANNA
260 E MARKET STREET
LONG BEACH, CA 90805


VORTEX INDUSTRIES INC
1801 W OLYMPIC BLVD
FILE 1095
PASADENA, CA 91199-1095


WASTE INTEGRATED SOLUTIONS EXPERTS
907 WESTWOOD BLVD #361
LOS ANGELES, CA 90024


XCHIVE BUSINESS INTELLIGENCE INC
PO BOX 3221
GRASS VALLEY, CA 95945